IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

UNITED STATES OF AMERICA                  PLAINTIFF/RESPONDENT

    v.                      Crim. No. 91-20019
                       Civil No. 13-2224

KEITH E. MILLER                              DEFENDANT/PETITIONER

## **ORDER**

Now on this 27th day of December 2013, there comes on for consideration the report and recommendation filed herein on November 15, 2013, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 31). Petitioner has not filed any written objections.

The court has reviewed this case and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, the 28 U.S.C. § 2255 motion (Doc. 27) is DENIED and DISMISSED WITH PREJUDICE. Further, in the event the Defendant remains in the custody of the Arkansas Department of Corrections after January 14, 2014, the U.S. Marshal is directed to remove the detainer lodged with the Arkansas Department of Corrections.

IT IS SO ORDERED.

                                         /s/ Robert T. Dawson
                                         Honorable Robert T. Dawson
                                         United States District Judge